A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Sierra Club

           Plaintiff(s)

               vs.

Stephen L. Johnson
Administrator
U.S. Environmental Protection Agency
           Defendant(s)

)
)
)
)
)
)
)
)

**APPEARANCE**

CASE NUMBER    1:05-cv-2177

To the Clerk of this court and all parties of record:

Please enter the appearance of    Catherine Wannamaker    as counsel in this
(Attorney's Name)

case for:    Stephen L. Johnson, Administrator, USEPA
(Name of party or parties)

11/30/2005
Date

CA 237600
BAR IDENTIFICATION

_Signature_
Signature

Catherine Wannamaker
Print Name

601 D St NW, Suite 8141
Address

Washington, DC    20004
City          State          Zip Code

(202)514-9365
Phone Number