EXHIBIT 1

No. 03-10266-FF

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

The Sierra Club,

                        Petitioner,

v.

Marianne Lamont Horinko, in her official capacity as Acting Administrator of the United States Environmental Protection Agency,

and

United States Environmental Protection Agency,

                        Respondents,

and

Oglethorpe Power Corporation,

                        Intervenor Respondent.

## AFFIDAVIT OF DOUGLAS BARLOW

1.    My name is Douglas Barlow.

2.    I live at 440 Hardendorf Avenue, Atlanta, GA 30307. I am 57 years old.

3.    I am a dues paying member of the Sierra Club.

1

4. I have lived in the City of Atlanta, DeKalb County, since 1982 and the City of Atlanta, Fulton County from 1967 to 1982.

5. Over the past several years, I have experienced shortness of breath on smog alert days. On days when the Air Quality Index is yellow, I have trouble breathing. When the Air Quality Index is red or purple, I fear that I will collapse due to shortness of breath.

6. I visited my physician, and my physician diagnosed me as suffering from asthma.

7. Since my physician diagnosed me with asthma, I have had to modify, and will continue to modify my behavior because of air pollution.

8. For example, my primary modes of transportation are walking and biking. On smog alert days, I try to get all my errands and other activities done before noon to avoid being exposed to high levels of air pollution, which tend to be in the late afternoon.

9. I worked in the "Midtown" section of the City of Atlanta and had to change my work schedule so that I was not traveling on foot or bike to or from work during bad air days.

10. I am an avid gardener, but on high ozone days, I am unable to work in my garden for fear of the adverse health consequences the air pollution may have on me.

I declare under penalty of perjury that the foregoing is true and correct.

_____  
DOUGLAS BARLOW

_7/28/03_____  
Date

No. 03-10266-FF

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

The Sierra Club,

                        Petitioner,

v.

Marianne Lamont Horinko, in her official
capacity as Acting Administrator of the United
States Environmental Protection Agency,

and

United States Environmental Protection Agency,

                        Respondents,

and

Oglethorpe Power Corporation,

                        Intervenor Respondent.

**PETITION FOR REVIEW OF AN ENVIRONMENTAL
PROTECTION AGENCY ORDER**

AFFIDAVIT OF COLLEEN KIERNAN

1. My name is Colleen Kiernan

2. I am a member of the Sierra Club.

1

3. The Sierra Club employs me as the Georgia Energy Project Organizer.

4. The Sierra Club's members are approximately 700,000. Inspired by nature, Sierra Club members and staff work together to protect their communities and the planet. The Sierra Club is one of America's oldest and largest grassroots environmental organizations. Its mission is to enjoy and protect the planet.

5. The Sierra Club has been involved in improving the Clean Air Act since even before it was first signed into law in 1970. Sierra Club has submitted comments on numerous draft Title V permits, submitted several Title V petitions to the EPA Administrator asking her to object to Title V permits and had several meetings with EPA and Georgia EPD over Title V issues.

6. My job includes organizing to ensure that major stationary sources of air pollution are limited in the pollution that they can and do emit to no more than permitted by law. Almost all of the facilities that I organize around have Clean Air Act Title V operating permits ("Title V permits") or are required to have Title V permits.

7. I live in the City of Atlanta, in Fulton County, Georgia which is in the Metro Atlanta ozone nonattainment area. I own a condominium in the City of Atlanta.

8. The air pollution in Atlanta, and particularly the ground level ozone, adversely affects me and will continue to do so. For example, I receive notices that alert me of "smog alert days." These are days on which the ground level ozone is above the level considered safe by the United States Environmental Protection Agency (EPA). On smog alert days, I limit, and will continue to limit on a regular basis, my outside activity, consistent with many of the recommendations of the EPA.

9. I also worry that if Atlanta does not reduce its ground level ozone to safe levels, the City will develop or continue to suffer a stigma that will adversely affect the price of my condominium.

10. I also find the brown smog and haze in and around Atlanta and in other areas of the State aesthetically displeasing and detrimental to my health.

11. According to the Georgia Environmental Protection Division and the United States Environmental Protection Agency, Georgia Title V sources (facilities that have obtained or will obtain a Title V permit) are the major stationary source contributors to the ground level ozone,

3

brown smog and haze that has and continues to adversely affect me. These include Georgia Power Company Plants Bowen and Scherer as well as Oglethorpe Power Company Wansley Combined Cycle Energy Facility.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_6/4/2003_
Date

_Colleen Kiernan_
Colleen Kiernan