UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | ) | |
|---|---|---|
| SIERRA CLUB, | ) | Civ. No. 1:05-cv-02177-RMC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| STEPHEN L. JOHNSON, Administrator, | ) | |
| United States Environmental Protection Agency | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER**

Before the Court is Plaintiff's Motion for Summary Judgment on Plaintiff's First and Third Claims for Relief. [Doc. #  ]. Having reviewed the parties' arguments, the Court finds and concludes that the plain statutory language of 42 U.S.C. § 7661d(b)(2) prohibits Defendant from taking more than 60 days from the date of receipt of a citizen petition for objection to a proposed Title V operating permit amendment to respond to that petition by either granting the petition and issuing an objection to the proposed Title V permit amendment, or denying the petition.

Therefore, it is ORDERED that Plaintiff's Motion for Summary Judgment on Plaintiff's First and Third Claims for Relief is GRANTED.

It is FURTHER ORDERED that the Administrator of the United States Environmental Protection Agency, in his official capacity, has failed to either grant or deny, pursuant to 42 U.S.C. § 7661d(b)(2), both Plaintiff's petition for objection to the draft Title V operating permit amendment for the Bowen Steam-Electric Generating Plant ("Plant Bowen") (Permit 4911-015-

0011-V-01-2) and Plaintiff's petition for objection to the draft Title V operating permit amendments for the Bowen (Permit Number 4911-015-0011-V-01-3), McDonough/Atkinson (Permit Number 4911-067-0003-V-01-3), Yates (Permit Number 4911-077-0001-V-01-3), Hammond (Permit Number 4911-115-003-V-01-3), Wansley (Permit Number 4911-149-0001-V-01-6), Scherer (Permit Number 4911-207-0008-V-01-3) and Branch (Permit Number 4911-237-0008-V-01-3) Steam-Electric Generating Plants (hereinafter collectively the "seven coal-fired power plants").

It is FURTHER ORDERED that Defendant shall have 30 days from the date of this order to issue an order granting or denying Plaintiff's petitions for objection to the draft Title V operating permit amendment for Plant Bowen and the draft Title V operating permit amendments for the seven coal-fired power plants which comply with the requirements of 42 U.S.C. § 7661d(b)(2). Defendant shall have 10 days from the signing of the orders granting or denying the Plaintiff's petitions to provide notice of the orders to the Office of the Federal Register for publication in the Federal Register.

It is so ordered.


Dated: _____, 2006            _____
                                           Rosemary M. Collyer
                                           United States District Judge