UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SIERRA CLUB <br><br> Plaintiff, <br><br> vs. <br><br> STEPHEN L. JOHNSON, Administrator, <br> United States Environmental Protection Agency <br><br> Defendant. | ) <br> ) <br> ) <br> ) Civ. No. 1:05-cv-02177-RMC <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**JOINT MOTION TO STAY ALL PROCEEDINGS**

Plaintiff Sierra Club and Defendant, Stephen L. Johnson, in his official capacity as Administrator of the United States Environmental Protection Agency ("EPA") respectfully request that the Court stay all proceedings in this case until February 21, 2006.  In support of this request, the parties state the following.

This is a Clean Air Act citizen suit in which Sierra Club alleges that EPA has failed to meet a mandatory 60-day deadline to grant or deny two petitions submitted by Sierra Club under Title V of the Clean Air Act regarding air pollution permits for several coal-fired power plants. Counsel for the parties have now reached a settlement in principle, and require time to formalize their agreement, as well as to obtain the necessary authorizations and approvals from their clients and provide notice in the Federal Register of the public's opportunity to comment on the proposed consent decree.  In order to avoid potential waste of judicial and other resources, it is respectfully requested that the Court stay all proceedings in this case, including Defendant's

1

obligation to file its Answer and to respond to Plaintiff's pending motion for summary judgment, until February 21, 2006 so that the parties may execute the consent decree.

                                      Respectfully submitted,

                                      ____/s_____
                                      Robert Ukeiley (MD14062)
                                      Law Office of Robert Ukeiley
                                      433 Chestnut Street
                                      Berea, KY 40403
                                      Tel: (859) 986-5402
                                      Fax: (859) 986-1299
                                      E-mail: rukeiley@igc.org

                                      Counsel for Plaintiff


                                      Sue Ellen Wooldridge
                                      Assistant Attorney General
                                      United States Department of Justice
                                      Environment & Natural Resources Division


                                      __/s_____
                                      Catherine Wannamaker
                                      United States Department of Justice
                                      Environment & Natural Resources Division
                                      Environmental Defense Section
                                      P.O. Box 23986
                                      Washington, DC 20004 -3986
                                      Tel:  (202)514-9365
                                      Fax:  (202)514-8865
                                      Email:  Catherine.wannamaker@usdoj.gov



                                      Howard Hoffman
                                      David Orlin
                                      Office of General Counsel
                                      U.S. Environmental Protection Agency
                                      Ariel Rios Bldg., MC 2377A
                                      1200 Pennsylvania Ave., N.W.
                                      Washington, DC 20460

3

        Counsel for Defendant

Dated: January 6, 2005