UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                        )
SIERRA CLUB,                            )    Civ. No. 1:05-cv-02177-RMC
                                        )
              Plaintiff,                )
                                        )
vs.                                     )
                                        )
STEPHEN L. JOHNSON, Administrator,      )
United States Environmental Protection Agency   )
                                        )
              Defendant.                )
_____)


**[proposed] ORDER**


        Before the Court is Plaintiff and Defendant's Joint Motion to Stay All Proceedings [Doc.

#  ].  Having reviewed the Motion and finding good cause exists, it is hereby ORDERED that

the Motion is GRANTED.

        It is further ORDERED that all proceedings in this case, including Defendant's obligation

to file its Answer and to respond to Plaintiff's pending motion for summary judgment, are stayed

until February 21, 2006.



Dated: January ___, 2006

                                        _____
                                        Rosemary M. Collyer
                                        United States District Judge