**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SIERRA CLUB, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 05cv02177 (RMC) |
| ) | |
| STEPHEN L. JOHNSON, in his official ) | |
| capacity as Administrator, ) | |
| U.S. Environmental Protection ) | |
| Agency, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S NOTICE OF LODGING
OF PROPOSED CONSENT DECREE**

Defendant Stephen L. Johnson, Administrator of the United States Environmental Protection Agency ("EPA"), with this notice lodges with the Court a proposed consent decree which, if entered after the public comment process described herein, will finally resolve all of Plaintiff's claims in this matter.

The proposed consent decree which Defendant lodges today should not be signed or entered by the Court at this time. Pursuant to section 113(g) of the Clean Air Act, 42 U.S.C. § 7413(g), the consent decree is not final and cannot be entered by the Court until the EPA Administrator provides "a reasonable opportunity by notice in the Federal Register to persons who are not named as parties or intervenors to the action" to comment in writing upon the proposed decree. After a reasonable public comment period, the EPA Administrator must promptly consider any written comments received. Id. If none of the comments discloses facts or considerations which indicate that the

decree is inappropriate, improper, inadequate or inconsistent with the requirements of the Clean Air Act, the Administrator will request the Court to enter the decree at that time.  Id.

          Respectfully submitted,

          SUE ELLEN WOOLDRIDGE
          Assistant Attorney General
          Environment & Natural Resources Division

          /s/ Catherine Wannamaker
          CATHERINE WANNAMAKER
          Environmental Defense Section
          U.S. Department of Justice
          P.O. Box 23986
          Washington, D.C. 20004-3986
          (202) 514-9365

          DAVID ORLIN
          HOWARD J. HOFFMAN
          Office of General Counsel (2344A)
          U.S. Environmental Protection Agency
          Ariel Rios Bldg.
          1200 Pennsylvania Ave. N.W.
          Washington, D.C.  20460

Dated: February 1, 2006

**CERTIFICATE OF SERVICE**

     I hereby certify that on February 1, 2006, a copy of the foregoing was served by the Court's electronic filing system upon:

        Robert Ukeiley
        Law Office of Robert Ukeiley
        433 Chestnut St
        Berea, KY 40403


                      /s/ Catherine Wannamaker


Dated: February 1, 2006