UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SIERRA CLUB | ) )  ) ) Civ. No. 1:05-cv-02177-RMC |
| Plaintiff, | ) ) |
| vs. | ) ) |
| STEPHEN L. JOHNSON, Administrator, United States Environmental Protection Agency | ) ) ) |
| Defendant. | ) ) ) |

**JOINT MOTION TO FURTHER STAY ALL PROCEEDINGS**

Plaintiff Sierra Club and Defendant, Stephen L. Johnson, in his official capacity as Administrator of the United States Environmental Protection Agency ("EPA") respectfully request that the Court extend the present stay of all proceedings in this case until March 20, 2006. In support of this request, the parties state the following.

This is a Clean Air Act citizen suit in which Sierra Club alleges that EPA has failed to meet a mandatory 60-day deadline to grant or deny two petitions submitted by Sierra Club under Title V of the Clean Air Act regarding air pollution permits for several coal-fired power plants. Counsel for the parties have reached a settlement in principle and, to that end, lodged a proposed consent decree with the Court on February 1, 2006. On February 10, 2006, EPA published notice of this proposed consent decree in the Federal Register pursuant to its requirements under Clean Air Act section 113(g), 42 U.S.C. § 7413(g). At this time, the proposed consent decree is undergoing the thirty day notice and comment period required by section 113(g). After the

1

expiration of the public comment period, the EPA Administrator must promptly consider any written comments received. Id.  If none of the comments discloses facts or considerations which indicate that the decree is inappropriate, improper, inadequate or inconsistent with the requirements of the Clean Air Act, the Administrator will promptly request that the Court enter the decree at that time.  Id.

In order to avoid the potential waste of judicial and other resources, it is respectfully requested that the Court stay all proceedings in this case, including Defendant's obligation to file its Answer and to respond to Plaintiff's pending motion for summary judgment, until March 20, 2006 so that the parties may finalize and move to enter the consent decree at the expiration of the notice and comment period should no adverse public comments be received.

Respectfully submitted,

  /s/_____
Robert Ukeiley (MD14062)
Law Office of Robert Ukeiley
433 Chestnut Street
Berea, KY 40403
Tel: (859) 986-5402
Fax: (859) 986-1299
E-mail: rukeiley@igc.org

Counsel for Plaintiff


Sue Ellen Wooldridge
Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division


  /s/_____
Catherine Wannamaker
United States Department of Justice

2

        Environment & Natural Resources Division
        Environmental Defense Section
        P.O. Box 23986
        Washington, DC 20004 -3986
        Tel:  (202)514-9365
        Fax:  (202)514-8865
        Email:  Catherine.wannamaker@usdoj.gov


        Howard Hoffman
        Office of General Counsel
        U.S. Environmental Protection Agency
        Ariel Rios Bldg., MC 2377A
        1200 Pennsylvania Ave., N.W.
        Washington, DC 20460

        Counsel for Defendant

Dated: February 17, 2006