UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIERRA CLUB, ) | Civ. No. 1:05-cv-02177-RMC |
| Plaintiff, ) | |
| vs. ) | |
| STEPHEN L. JOHNSON, Administrator, ) United States Environmental Protection Agency ) | |
| Defendant. ) | |

**[proposed] ORDER**

Before the Court is Plaintiff and Defendant's Joint Motion to Further Stay All Proceedings [Doc. # 10].  Having reviewed the Motion and finding good cause exists, it is hereby ORDERED that the Motion is GRANTED.

It is further ORDERED that all proceedings in this case, including Defendant's obligation to file its Answer and to respond to Plaintiff's pending motion for summary judgment, are stayed until March 20, 2006.

Dated: February ___, 2006

_____
Rosemary M. Collyer
United States District Judge