IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIERRA CLUB, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 05cv02177 (RMC) |
| | ) |
| STEPHEN L. JOHNSON, in his official | ) |
| capacity as Administrator, | ) |
| U.S. Environmental Protection | ) |
| Agency, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S UNOPPOSED MOTION TO ENTER CONSENT DECREE**

This action was filed by plaintiff Sierra Club against Defendant Stephen L. Johnson, Administrator of the United States Environmental Protection Agency (referred to herein as the "EPA") pursuant to the citizen suit provision of the Clean Air Act, 42 U.S.C. § 7604(a). In relevant part, Sierra Club's complaint alleges that EPA has failed to respond to two administrative petitions submitted by Plaintiff pursuant to section 505(b)(2) of the Clean Air Act within sixty days of their submission to EPA. 42 U.S.C. § 7661d(b)(2). These two administrative petitions, dated July 9, 2002 and November 18, 2002, respectively, request that the Administrator object to certain Title V operating permit amendments proposed by the Georgia Environmental Protection Division for steam electric generating plants at (1) Georgia Power's Bowen Steam-Electric Generating Plant ("Plant Bowen"), and (2) the Bowen, McDonough/Atkinson, Yates, Hammond, Wansley, Scherer, and Branch Steam-Electric Generating Plants (collectively "the seven power plants") in the State of Georgia.

EPA hereby moves the Court to enter the Consent Decree filed as Attachment A to this Motion. The Consent Decree as lodged establishes deadlines for EPA to respond to the Plant Bowen and seven power plants petitions; EPA's response to both petitions was due by March 15, 2006 and was issued on that date. The decree also specifies requirements for submission of the EPA determinations to the Federal Register for publication. Other provisions in the decree address modification of the decree, continuing jurisdiction and reservation of rights, savings provisions, attorneys fees and costs, and recipients of notification. The parties negotiated this decree in good faith and agree that its terms are fair, adequate, reasonable, and appropriate under the facts. Paragraph 14 of the decree further shows that there is valid consent to the decree by the parties.

EPA has completed the public notice and comment process required by section 113(g) of the Clean Air Act, 42 U.S.C. § 7413(g). EPA has decided not to withhold its consent to the Consent Decree as authorized by section 113(g) of the Act. The Department of Justice ("DOJ") concurs in EPA's conclusion that consent to the Consent Decree should not be withheld.

The Consent Decree as submitted to the Court for entry differs from the version lodged with the Court in the following respects:

1.  Paragraph 1 of the Decree as lodged required EPA to sign by March 15, 2006, a response or responses to the Plant Bowen and seven power plants petitions. EPA timely signed a response to these two petitions, and EPA is in the process of providing a copy of the response to Plaintiff as required by the Decree. Therefore, Paragraph 1 of the Decree as lodged has been deleted as moot.

2.  The new paragraph 1 has been clarified to maintain its original meaning despite the deletion referenced above.

3. Paragraph 4, which provided for notice and comment under 42 U.S.C. § 7413(g) has been deleted as moot because this process has been completed.

4. The paragraphs have been renumbered as appropriate given these changes.

## CONCLUSION

For these reasons, the Court should enter the Consent Decree.

Respectfully submitted,

SUE ELLEN WOOLDRIDGE
Assistant Attorney General
Environment & Natural Resources Division


s/ Catherine Wannamaker
CATHERINE WANNAMAKER
Environmental Defense Section
U.S. Department of Justice
P.O. Box 23986
Washington, D.C. 20004-3986
(202) 514-9365


HOWARD J. HOFFMAN
Office of General Counsel (2344A)
U.S. Environmental Protection Agency
Ariel Rios Bldg.
1200 Pennsylvania Ave. N.W.
Washington, D.C. 20460

Dated: March 20, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on March 20, 2006, a copy of the foregoing was served by the Court's electronic filing system upon:

>Robert Ukeiley
>Law Office of Robert Ukeiley
>433 Chestnut St
>Berea, KY 40403


/s/ Catherine Wannamaker


Dated: March 20, 2006