# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIERRA CLUB, )<br>             Plaintiff, )<br>)<br>v.   )<br>)<br>STEPHEN L. JOHNSON, in his official )<br>capacity as Administrator, United States )<br>Environmental Protection Agency, )<br>)<br>             Defendant. )<br>) | Civ. No. 05cv02177 (RMC) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Paragraph 12 of the modified Consent Decree lodged in the above-captioned action on March 20, 2006 and Federal Rule of Civil Procedure 41(a)(1), the parties to this action, through their undersigned counsel, hereby stipulate and agree that this action shall be dismissed with prejudice.

On April 5, 2006, this Court granted Defendant's unopposed Motion to Enter the Consent Decree. Paragraph 12 of the modified Consent Decree provides that this action shall be dismissed when EPA completes its Clean Air Act obligations under the Consent Decree, and when the United States has paid $6,800 to plaintiff in attorney's fees. On March 15, 2006, EPA signed its combined response to the Plant Bowen petition and the seven power plants petition, satisfying its Clean Air Act obligation under the Consent Decree. In June of 2006, Plaintiff received full payment of his attorneys' fees from the United States. Accordingly, all terms of the Consent Decree have been satisfied, and dismissal of this action with prejudice is appropriate.

**COUNSEL FOR PLAINTIFF:**

Dated: July 6, 2006

               Respectfully submitted,


               /s/ Robert Ukeiley
               Robert Ukeiley
               Law Office of Robert Ukeiley
               433 Chestnut Street
               Berea, KY 40403
               Tel: (859) 986-5402
               Fax: (859) 986-1299
               E-mail: rukeiley@igc.org

**COUNSEL FOR DEFENDANT:**

Dated: July 6, 2006

                                      Respectfully submitted,

                                      Sue Ellen Wooldridge
                                      Assistant Attorney General
                                      Environment & Natural Resources Division

                                      <u>/s/ Catherine Wannamaker</u>
                                      Catherine Wannamaker
                                      United States Department of Justice
                                      Environment & Natural Resources Division
                                      Environmental Defense Section
                                      P.O. Box 23986
                                      Washington, DC 20004 -3986

                                      Howard J. Hoffman
                                      Office of General Counsel
                                      U.S. Environmental Protection Agency
                                      Ariel Rios Bldg., MC 2344A
                                      1200 Pennsylvania Ave., N.W.
                                      Washington, DC 20460

**CERTIFICATE OF SERVICE**

I hereby certify that on July 6, 2006, I caused the Parties' Joint Stipulation of Dismissal with Prejudice to be served by the court's electronic filing system upon the following:

>Robert Ukeiley (MD14062)
>Law Office of Robert Ukeiley
>433 Chestnut Street
>Berea, KY 40403
>Tel: (859) 986-5402
>Fax: (859) 986-1299
>E-mail: rukeiley@igc.org

>/s/ Catherine Wannamaker
>Catherine Wannamaker
>United States Department of Justice
>Environment & Natural Resources Division
>Environmental Defense Section
>P.O. Box 23986
>Washington, DC 20004 -